DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARVCO CAPITAL RESEARCH, LLC,<br>ARVCO FINANCIAL VENTURES, LLC,<br>ALFRED J.R. VILLALOBOS, and<br>FEDERICO ("FRED") R. BUENROSTRO,<br><br>Defendants. | Case No: 3:12-cv-00221-ECR-WGC<br><br>ORDER GRANTING |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit David J. Van Havermaat and Leslie A. Hakala to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Van Havermaat and Ms. Hakala are both attorneys with the Securities and Exchange Commission, an agency of the federal government. Mr. Van Havermaat is a member in good

1 | standing of the State Bar of California (Bar No. 175761).  Ms. Hakala is also a member in good
2 | standing of the State Bar of California (Bar No. 199414).

The following contact information is provided to the Court:

David J. Van Havermaat
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Phone: (323) 965-3998
Facsimile: (323) 965-3908
Email: VanHavermaatD@sec.gov

Leslie A. Hakala
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Phone: (323) 965-3998
Facsimile: (323) 965-3908
Email: HakalaL@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing David J. Van Havermaat and Leslie A. Hakala to practice before this honorable Court.

Respectfully submitted this 23rd day of April 2012.

DANIEL G. BOGDEN
United States Attorney

 /s/Blaine Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2012.