Dustin Fox
In Pro Per
P.O. Box 10383
Zephyr Cove, NV 89448
(775) 339-1354



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARVCO CAPITAL RESEARCH, LLC,<br>ARVCO FINANCIAL VENTURES, LLC,<br>ALFRED J.R. VILLALOBOS, and FEDERICO ("FRED") R. BUENROSTRO,<br><br>Defendants. | CASE NO. 12-CV-00221-MMD-WGC<br><br>**DUSTIN FOX'S NOTICE OF MOTION AND MOTION TO QUASH AND/OR MODIFY DEFENDANTS' SUBPOENA**<br><br>Date:  July 18, 2014<br>Time: TBA<br>Dept: TBA<br><br>Complaint Filed:  November 21, 2011<br>Trial Date:  Not yet set |

_____/

TO PLAINTIFFS AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on **July 18, 2014,** at the above-captioned Court, located at 400 S. Virginia Street, Reno, Nevada, 89501, non-party Dustin Fox shall move this Court under Federal Rules of Civil Procedure, Rule 45(d)(3)(A)(iv), to quash and/or modify defendants' subpoena to compel Dustin Fox to appear and testify at a deposition on July 1, 2014.

Dustin Fox's motion to quash and/or modify defendants' subpoena shall be based upon this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of Dustin Fox in Support of Dustin Fox's Motion to Quash and/or Modify Defendants' Subpoena,

and the documents and records contained within the Court's file in this matter, or argument presented at the hearing of this matter.

Dated: June 24, 2014

By _____
DUSTIN FOX
In Pro Per