DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
E-mail: vanhavermaatd@sec.gov
LYNN M. DEAN, Cal. Bar No. 205562
E-mail: deanl@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARVCO CAPITAL RESEARCH, LLC, ARVCO FINANCIAL VENTURES, LLC, ALFRED J.R. VILLALOBOS, and FEDERICO ("FRED") R. BUENROSTRO,<br><br>　　　　　Defendants. | Case No. 3:12-cv-00221-MMD-WGC<br><br>**NOTICE OF THE DEATH OF DEFENDANT ALFRED J.R. VILLALOBOS AND REQUEST FOR DISMISSAL OF CLAIMS; DECLARATION OF LYNN M. DEAN** |

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Securities and Exchange Commission (SEC"), plaintiff in this action, notes the death during the pendency of this action of Alfred J.R. Villalobos, a defendant.  The SEC has been informed that Villalobos died on January 13, 2015.  A copy of Villalobos' Death Certificate is attached as Exhibit 1 to the Declaration of Lynn M. Dean, filed herewith.

The SEC does not intend to file a motion to substitute Villalobos's successor or representative pursuant to Rule 25(a).   Accordingly, the SEC requests that the Court dismiss its claims as to Villalobos.  The SEC's claims against defendants ARVCO Capital Research, LLC, ARVCO Financial Ventures, LLC, and Federico ("Fred") R. Buenrostro remain intact.

Dated:  January 6, 2016                    Respectfully submitted,

                                           */s/ Lynn M. Dean*
                                           David J. Van Havermaat
                                           Lynn M. Dean
                                           Attorneys for Plaintiff
                                           Securities and Exchange Commission

Plaintiff's Motion to Dismiss Defendant Alfred J.R. Villalobos is granted.

                                                   IT IS SO ORDERED.

Dated: _____              _____
                                                   U.S. District Judge

1                                         Case No. 2:12-cv-00221-MMD-WGC

# DECLARATION OF LYNN M. DEAN

I, Lynn M. Dean, hereby declare, pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am employed as an attorney in the Los Angeles Regional Office of the U.S. Securities and Exchange Commission ("Commission"), and am counsel of record for the Commission in this case. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Death of Alfred J.R. Villalobos issued by the State of Nevada Certification of Vital Record on January 21, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of January, 2016, at Los Angeles, California.

*/s/ Lynn M. Dean*
Lynn M. Dean

# EXHIBIT 1

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS
### CERTIFICATE OF DEATH

**CASE FILE NO.** 3811929  
**STATE FILE NUMBER** 2015000668

**TYPE OR PRINT IN PERMANENT BLACK INK**

**DECEDENT**
- 1a. DECEASED-NAME (FIRST, MIDDLE, LAST, SUFFIX): Alfred James Robles VILLALOBOS
- 2. DATE OF DEATH (Mo/Day/Year): January 13, 2015
- 3a. COUNTY OF DEATH: Washoe
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Reno
- 3c. HOSPITAL OR OTHER INSTITUTION - Name (If not either, give street and): 9425 Double R Blvd
- 3e. If Hosp. or Inst. indicate DOA, OP/Emer. Rm. Inpatient (Specify): Shooting Range
- 4. SEX: Male
- 5. RACE (Specify): White
- 6. Hispanic Origin? Specify: Yes - Mexican
- 7a. AGE-Last birthday (Years): 71
- 7b. UNDER 1 YEAR MOS/DAYS:
- 7c. UNDER 1 DAY HOURS/MINS:
- 8. DATE OF BIRTH (Mo/Day/Yr): [redacted]

**IF DEATH OCCURRED IN INSTITUTION SEE HANDBOOK REGARDING COMPLETION OF RESIDENCE ITEMS**
- 9a. STATE OF BIRTH (If not U.S.A.): California
- 9b. CITIZEN OF WHAT COUNTRY: United States
- 10. EDUCATION: 16
- 11. MARITAL STATUS (Specify): Divorced
- 12. SURVIVING SPOUSE'S NAME (Last name prior to first marriage):
- 13. SOCIAL SECURITY NUMBER: [redacted]
- 14a. USUAL OCCUPATION (Give Kind of Work Done During Most of): Ceo
- 14b. KIND OF BUSINESS OR INDUSTRY: Investment Banking
- Ever in US Armed Forces?: No
- 15a. RESIDENCE - STATE: Nevada
- 15b. COUNTY: Douglas
- 15c. CITY, TOWN OR LOCATION: Zephyr Cove
- 15d. STREET AND NUMBER: [redacted]
- 15e. INSIDE CITY LIMITS (Specify Yes or No): No

**PARENTS**
- 16. FATHER/PARENT - NAME (First Middle Last Suffix): Ignacio Hernandez VILLALOBOS
- 17. MOTHER/PARENT - NAME (First Middle Last Suffix): Dolores ROBLES
- 18a. INFORMANT - NAME (Type or Print): AJ VILLALOBOS
- 18b. MAILING ADDRESS (Street or R.F.D. No, City or Town, State, Zip): [redacted], California 96150

**DISPOSITION**
- 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify): Cremation
- 19b. CEMETERY OR CREMATORY - NAME: Masonic Memorial Gardens
- 19c. LOCATION City or Town, State: Reno Nevada 89503
- 20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such): KENNETH BOWMAN SIGNATURE AUTHENTICATED
- 20b. FUNERAL DIRECTOR LICENSE NUMBER: 806
- 20c. NAME AND ADDRESS OF FACILITY: Final Wishes 437 Stoker Avenue Reno NV 89503

**TRADE CALL** - NAME AND ADDRESS

**CERTIFIER**
- 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title)
- 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title): ELLEN G.I. CLARK M.D. SIGNATURE AUTHENTICATED
- 21b. DATE SIGNED (Mo/Day/Yr):
- 21c. HOUR OF DEATH:
- 22b. DATE SIGNED (Mo/Day/Yr): January 20, 2015
- 22c. HOUR OF DEATH: 15:31
- 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):
- 22d. PRONOUNCED DEAD (Mo/Day/Yr): January 13, 2015
- 22e. PRONOUNCED DEAD AT (Hour): 15:31
- 23a. NAME AND ADDRESS OF CERTIFIER: Ellen G.I. Clark M.D., PO Box 11130 Reno, NV 89520
- 23b. LICENSE NUMBER: 5850

**REGISTRAR**
- 24a. REGISTRAR (Signature): BRIDGES SANDI SIGNATURE AUTHENTICATED
- 24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr): January 21, 2015
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: NO [X]

**CAUSE OF DEATH**
- 25. IMMEDIATE CAUSE PART I (a): Gunshot Wound Of Head
- (b) DUE TO, OR AS A CONSEQUENCE OF:
- (c) DUE TO, OR AS A CONSEQUENCE OF:
- (d) DUE TO, OR AS A CONSEQUENCE OF:
- PART II OTHER SIGNIFICANT CONDITIONS:
- 26. AUTOPSY: No
- 27. WAS CASE REFERRED TO CORONER: Yes
- 28a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify): Suicide
- 28b. DATE OF INJURY (Mo/Day/Yr): January 13, 2015
- 28c. HOUR OF INJURY: 1520
- 28d. DESCRIBE HOW INJURY OCCURRED: Shot Self With Handgun
- 28e. INJURY AT WORK (Specify Yes or No): No
- 28f. PLACE OF INJURY: Indoor Shooting Range
- 28g. LOCATION STREET OR R.F.D. No.: 9425 Double R Blvd., Suite C
- CITY OR TOWN: Reno
- STATE: Nevada

**STATE REGISTRAR**

VRS-Rev-20120523a



609313

CERTIFIED COPY OF VITAL RECORDS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.

DATE ISSUED: DEC 3 0 2015

STATE REGISTRAR

This copy is not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Exhibit 1 Page 1



# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 6, 2016, I caused to be served the document entitled **NOTICE OF THE DEATH OF DEFENDANT ALFRED J.R. VILLALOBOS AND REQUEST FOR DISMISSAL OF CLAIMS; DECLARATION OF LYNN M. DEAN** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  January 6, 2016              */s/ Lynn M. Dean*
                                    Lynn M. Dean

1                               Case No. 2:12-cv-00221-MMD-WGC

**SEC v. ARVCO CAPITAL, et al.**
**United States District Court - District of Nevada**
**Case No. 3:12-cv-00221-MMD-WGC**

SERVICE LIST

Federico Buenrostro **(served via UPS)**
6120 Wycliffe Way
Sacramento, CA 95831
*Pro Se Defendant*

Marc E. Rohatiner, Esq. **(served via CM/ECF)**
Wolf, Rifkin, Shaprio, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, CA 90064
Email:  mrohatiner@wrslawyers.com
*Attorneys for Defendants Alfred J.R. Villalobos, ARVCO Financial Ventures, LLC, and ARVCO Capital Research, LLC*