DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
E-mail: vanhavermaatd@sec.gov
LYNN M. DEAN, Cal. Bar 205562
E-mail: deanl@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. flower St., 9th Floor
Los Angeles, California 90071
Telephone:  (323) 965-3998
Facsimile:   (213) 443-1904

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ARVCO CAPITAL RESEARCH, LLC, ARVCO FINANCIAL VENTURES, LLC, ALFRED J.R. VILLALOBOS, and FEDERICO ("FRED") R. BUENROSTRO,<br><br>    Defendants. | Case No. 3:12-cv-00221-MMD-WGC<br><br>**JOINT STATUS REPORT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The Securities and Exchange Commission ("SEC") and Defendant Federico R. Buenrostro hereby submit the following Joint Status Report.

On June 20, 2013, the United States intervened and moved to stay discovery in this action pending resolution of a pending criminal proceeding in the Northern

District of California against defendants Alfred Villalobos and Fred Buenrostro. Dkt. No. 41.  On July 11, 2014, defendant Federico Buenrostro pled guilty to a Superseding Information in the criminal matter that charged him with conspiracy to commit bribery and honest services fraud and to defraud the United States, in violation of 18 U.S.C. § 371.  In connection with his plea, Buenrostro admitted accepting cash bribes from Villalobos, and admitted signing "a series of fraudulent documents known as Investor Disclosure letters" at Villalobos' request, and then agreeing with Villalobos to lie about it to the authorities.

On April 1, 2015, the SEC filed Buenrostro's consent to the entry of a bifurcated judgment against him, imposing injunctive relief upon entry of the judgment but deferring the Court's determination of monetary relief.  The Court entered that bifurcated judgment on April 8, 2015.  The judgment, among other things, permanently restrains and enjoins Buenrostro from violation of Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5].  Buenrostro's consent also provides that the Court shall order disgorgement of his ill-gotten gains, prejudgment interest thereon, and a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] upon motion of the SEC.  Because the SEC's claims for disgorgement and civil penalties may be impacted by the terms of Buenrostro's criminal sentence, the SEC anticipates that it will file a motion for entry of final judgment as to Buenrostro after his criminal sentencing, which is currently scheduled for May 18, 2016.

On January 7, 2016, at the SEC's request, the Court entered an order dismissing all claims against defendant Villalobos due to his suicide.

On January 11, 2016, the Court entered final judgments as to defendants ARVCO Capital Research, LLC and ARVCO Financial Ventures, LLC.

Based on the foregoing, there will no need for a trial in this matter, and all of the current pre-trial dates may be vacated.

DATED: January 20, 2016

/s/ Lynn M. Dean
LYNN M. DEAN
Attorney for Plaintiff
Securities and Exchange Commission

DATED: January 20, 2016

Federico R. Buenrostro ("Fred")
Pro se

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 444 S. Flower Street, Suite 900, Los Angeles, California 90071

Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 21, 2016, I caused to be served the document entitled **JOINT STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

   [ ] **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

   [ ] **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[X] **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

[X] **(Federal)** I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Date: January 21, 2016                                    */s/ Lynn M. Dean*
                                                                       Lynn M. Dean

4

**SEC v. ARVCO CAPITAL, et al.**
**United States District Court - District of Nevada**
**Case No. 12-CV-00221-MMD-WGC**

SERVICE LIST

Federico Buenrostro **(served via UPS)**
6120 Wycliffe Way
Sacramento, CA 95831
*Pro Se Defendant*

Marc E. Rohatiner, Esq. **(served via CM/ECF)**
Wolf, Rifkin, Shaprio, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, CA 90064
Email:  mrohatiner@wrslawyers.com
*Attorneys for Defendants Alfred J.R. Villalobos, ARVCO Financial Ventures, LLC, and ARVCO Capital Research, LLC*